# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 10-5292                                September Term 2011

1:05-cv-02386-RBW

**Filed On:** February 7, 2012

Abdul-Rahman Abdo Abulghaith Sulaiman,

      Appellant

      v.

Barack Obama, President, et al.,

      Appellees

**BEFORE:**    Tatel, Garland, and Griffith, Circuit Judges

## O R D E R

Upon consideration of the court's order to show cause filed January 27, 2012, directing appellees to show cause why the court's opinion filed January 27, 2012, should not be released with redactions of classified material only, and the response thereto, it is

**ORDERED** that the order to show cause be discharged. It is,

**FURTHER ORDERED** that the Clerk be directed to issue forthwith the public version of the court's opinion filed January 27, 2012, with the classified material redacted.

### Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY:   /s/
Jennifer M. Clark
Deputy Clerk